**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR11-0443-PHX-DGC |
| Plaintiff, | **ORDER** |
| vs. | |
| Lamberto Leyva-Garcia, | |
| Defendant. | |

Defendant has filed a motion for sentence relief, citing the Federal Prison Bureau Nonviolent Offender Relief Act of 2003. Doc. 21. The government has filed its response. Doc. 22. The Court will deny the motion on two separate grounds.

First, Defendant failed to comply with the Local Rules of Civil Procedure and the Federal Rules of Civil Procedure in that he failed to sign the motion (Doc. 21). LRCiv 7.1(b)(1); Fed. R. Civ. P. 11.

Second, Defendant asks this Court to order his release based on proposed legislation that was never passed into law. *See* Federal Prison Bureau Nonviolent Offender Relief Act, H.R. 3575, 108th Cong. (2003). The Court has no statutory basis to order Defendant's early release.

**IT IS ORDERED** that Defendant's motion for sentence relief is **denied**.

Dated this 10th day of November, 2011.

David G. Campbell
United States District Judge